UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

PLUMBERS & PIPEFITTERS
NATIONAL PENSION FUND,

        Plaintiff,

v.

STAINLESS SPECIALISTS, INC.,

        Defendant.

ORDER

Case No. 11-cv-824-wmc

---

The court is in receipt of consent by the parties in the above entitled matter to the exercise of jurisdiction by a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(c). Since the just, speedy and inexpensive administration of justice in this and other civil matters is better served by maintaining the original judicial assignment, IT IS ORDERED that consent to proceed before a United States Magistrate Judge is DENIED notwithstanding any provision of law or practice to the contrary pursuant to 28 U.S.C. § 636(c).

    Entered this 16th day of February, 2012.

                                William M. Conley
                                District Judge